UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  *Plaintiff*,<br><br>v.<br><br>DISCOVERY BANK ACCOUNT ENDING IN 2237, HELD IN THE NAME PATRICA DUDLEY,<br>  *Defendant*.<br><br>[CLAIMANT: PATRICIA DUDLEY] | No. 3:24-cv-_____<br><br><br><br><br><br><br><br><br>May 8, 2024 |

## **VERIFIED COMPLAINT OF FORFEITURE**

1. This is a civil in rem action brought to enforce the provisions of 18 U.S.C. § 1343 (wire fraud), for which forfeiture is permitted under 18 U.S.C. § 981(a)(1)(C) (permitting forfeiture of property which constitutes or is derived from proceeds traceable to an offense constituting "specified unlawful activity" as defined in 18 U.S.C. §§ 1956(c)(7) and 1961(1)).

2. This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 & 1355. Venue is appropriate in the District of Connecticut by virtue of 28 U.S.C. § 1395(b).

3. The Defendant is the contents of Discovery Bank Account ending in 2237, held in the name of Patrica Dudley ("Defendant Asset").

4. The Defendant Asset is located with the jurisdiction of this Court.

## **INVESTIGATION AND SEIZURE**

5. This case arises out of a fraud scheme in which at least one individual, currently unidentified,[1] took various steps to defraud a known victim in this case and compel that

---

[1] It should be noted that Patricia Dudley, in whose name the Defendant Asset is held, is *not* connected with the unknown individuals who perpetrated this scheme and law enforcement has no reason to believe she has any involvement in the criminal scheme.

6. victim to transfer approximately $550,000.00 United States Dollars (USD) from the victim's custody to the custody and control of those perpetuating the fraud scheme.

6. A computer "customer support" scheme, such as the scheme which in this case, is a type of fraud scheme in which an alert appears on the victim's computer imitating Microsoft customer support, forcing the victim to contact the fraudster who is posing as Microsoft customer support, and then take various financial steps to unlock the computer.

7. On or around February 26, 2024, Victim 1 was utilizing his/her personal computer when a warning banner appeared immediately after Victim 1 had clicked on a website "greetings123", believed to be "123greetings.com." Victim 1 stated that, shortly thereafter, a woman's voice came through Victim 1's computer, and that woman claimed to be an employee with Microsoft by the name of Rachael PARK ("PARK").

8. Victim 1 stated that PARK told Victim 1 that Victim 1 had been a victim of identity theft, and that his/her bank accounts were in jeopardy of being compromised. The conversation between PARK and Victim 1 ended up converting from computer audio to telephonic, and then Victim 1 began speaking with an individual who claimed that his name was Edward ROGERS ("ROGERS"), who claimed to work for Fidelity Investments.

9. Victim 1's true and authentic investment portfolio is managed through Fidelity Investments.

10. ROGERS instructed Victim 1 to transfer $550,000.00 United States Dollars (USD) from her Fidelity investments and transfer those funds to Discovery Bank account ending 4222, an account which was created for Victim 1 by the fraudsters.

11. Victim 1 was instructed to not tell anyone what was going on, and if asked to simply say that Victim 1 needed those funds to purchase a home for his/her child.

12. ROGERS instructed Victim 1 to conduct a wire transfer from Discovery Bank account ending 4222 to Hang Seng Bank Limited account number ending 4888 for a total of $221,000.00 USD.

13. Victim 1 successfully conducted this wire transfer on February 26, 2024.

14. Victim 1's child became aware of the situation on or around February 28, 2024, or February 29, 2024. Victim 1 and his/her child reported the incident to the Simsbury Police Department, as well as Victim 1's investment advisors, along with the 3 main credit bureaus in the United States.

15. An investigator at Discovery Bank was able to reverse the wire transfer of $221,000.00 USD. This was reversed on March 1, 2024.

16. After the above wire transfer was reversed, Discovery Bank had those funds transferred to Discovery Bank account ending 2237, the Defendant Asset, which had been opened for investigative purposes.

17. Discovery Bank also moved the remaining funds from Discovery Bank account ending 4222, approximately $328,573.16 USD, to the Defendant Asset.

18. On or shortly after March 18, 2024, the law enforcement seized the Defendant Asset pursuant to a seizure warrant authorized by United States Magistrate Judge Thomas O. Farrish.

**CONCLUSION**

WHEREFORE, the United States of America prays that a Warrant of Arrest In Rem be issued for the contents of Discovery Bank Account ending in 2237, held in the name of Patricia Dudley; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the Defendant Asset to be condemned and forfeited to the United States of America for disposition according to law; and that the United Stats of America be granted such other and further relief as this Court may deem just and proper.

Respectfully submitted,
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_____/s/ David C. Nelson_____
DAVID C. NELSON (ct25640)
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
T: (203) 821-3700
F: (203) 773-5373
E-Mail: david.c.nelson@usdoj.gov

## DECLARATION

I am a Special Agent of Homeland Security Investigations and the case agent assigned the responsibility for this case.

I have read the contents of the foregoing Verified Complaint of Forfeiture, and it is true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 8, 2024.

                                        /s/ Geoffrey Goodwin
                                 GEOFFREY GOODWIN
                                 SPECIAL AGENT
                                 HOMELAND SECURITY INVESTIGATIONS